UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO GOMEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-0198 KJM AC P<br><br><br>ORDER |

　　　Plaintiff has filed a motion for a twenty-one-day extension of time to file objections to the court's findings and recommendations issued May 18, 2021. ECF No. 10. In support of the request, plaintiff states that he needs additional time to conduct research, then to draft and mail his objections. See id.

　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 10) is GRANTED, and

　　　2. Plaintiff shall have twenty-one days from the date of this order within which to file objections to the court's findings and recommendations issued May 18, 2021.

DATED: June 8, 2021

　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE