1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALFREDO GOMEZ,                          No.  2:20-cv-0198 KJM AC P

12                    Plaintiff,

13         v.                                  ORDER

14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND
15    REHABILITATION, et al.,

16                    Defendants.

17

18         Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil

19    rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

20    Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On May 18, 2021, the magistrate judge issued findings and recommendations, which were

22    served on plaintiff and which contained notice to plaintiff that any objections to the findings and

23    recommendations were to be filed within twenty-one days.  *See* ECF No. 7.  On July 1, 2021,

24    after receiving an extension of time, plaintiff filed objections to the findings and

25    recommendations.  ECF Nos. 11, 12.  On July 16, 2021, plaintiff filed a document styled

26    "Plaintiffs' submittion [sic] of new information and declaration of Alfredo Gomez in support

27    thereof."  ECF No. 14.  The court has considered plaintiff's most recent filings, in the interests of

28    justice.

                                              1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

2    court has conducted a *de novo* review of this case.  Having reviewed the file, for the reasons

3    explained below the court declines to adopt the findings and recommendations and refers the

4    matter back to the assigned magistrate judge for further proceedings.

5    As the magistrate judge set out in the findings and recommendations, plaintiff alleges that

6    he "is a former gang member who has previously been attacked by gang-affiliated inmates" and

7    that he "will be at risk of assault in NDPF [Non-Designated Programming Facility] housing

8    because of defendants' failure to screen out active gang members, "predators," and "sleepers" in

9    the general population from NDPF placement."  ECF No. 7 at 3 (citing ECF No. 1 at 8-9, 17).

10   The magistrate judge finds "[p]laintiff lacks standing to pursue his Eighth Amendment challenge

11   to CDCR's [California Department of Corrections and Rehabilitation's] statewide NDPF

12   program" because he was not housed in an NDPF unit when he filed the complaint, "his prison

13   had not fully transitioned to NDPF housing" and he had not alleged "that he has been actually

14   exposed to any unsafe condition, let alone concretely harmed by such exposure" and that his

15   allegations were insufficient to demonstrate he was at risk of impending injury.  *Id*. at 5-6.

16   In his July 16, 2021 declaration, plaintiff avers that he is now housed in an NDPF and that

17   on July 7, 2021 his safety was jeopardized by three separate incidents.  ECF No. 14 at 2.  Good

18   cause appearing, this matter will be referred back to the assigned magistrate judge for further

19   proceedings, including consideration of whether plaintiff's July 16, 2021 filing should be

20   construed as a supplemental pleading under Federal Rule of Civil Procedure 15(d) that cures any

21   jurisdictional defect in the original complaint.  *See Northstar Financial Advisors Inc. v. Schwab*

22   *Investments*, 779 F.3d 1036, 1043-44 (9th Cir. 2015).

23   Accordingly, IT IS HEREBY ORDERED that:

24   1.  The findings and recommendations issued May 18, 2021 (ECF No. 7), are NOT

25   ADOPTED; and

26   2.  This matter is referred back to the assigned magistrate judge for further proceedings

27   consistent with this order.

28   DATED:  May 24, 2022.

_____

CHIEF UNITED STATES DISTRICT JUDGE