UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No. 2:20-cv-0198 KJM AC P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an opposition to defendants' motion to dismiss filed on March 27, 2024. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 26) is granted; and

2. Plaintiff's opposition to defendants' motion to dismiss shall be filed on or before May 28, 2024.

DATED: May 7, 2024

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1