UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-0198 KJM AC P<br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 22, 2024, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations (ECF No. 32) are adopted in full.

1

1      2. Defendants' motion to dismiss (ECF No. 25) is GRANTED as to plaintiff's Eighth
2  Amendment claim against defendant CDCR and DENIED as to plaintiff's Eighth Amendment
3  claim against defendant CDCR Secretary Diaz in his official capacity.
4      3. The dismissal of the CDCR is with prejudice.
5      4. The Clerk of the Court is directed to substitute defendant Jeff Macomber for Ralph
6  Diaz.
7  DATED: January 21, 2025.

                                      UNITED STATES DISTRICT JUDGE