UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO GOMEZ, | No. 2:20-cv-0198 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al., | |
| Defendants. | |

On May 22, 2025, the court issued a discovery and scheduling order in this case. ECF No. 42. Discovery is ongoing. Pending before the court is plaintiff's motion to strike defendants' affirmative defenses of qualified immunity and Eleventh Amendment immunity. ECF No. 43. Defendants have filed a notice of non-opposition to plaintiff's motion. ECF No. 44.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion is granted. Defendants' affirmative defenses of qualified immunity and Eleventh Amendment immunity are stricken.

DATED: July 8, 2025

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1