IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFREDO GOMEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | Case No. 2:20-cv-00198-KJM-AC<br><br>[PROPOSED] ORDER |

Good cause appearing, Defendant's Unopposed Motion for Administrative Relief to Modify the Discovery and Scheduling Order is **GRANTED**. The deadline to complete all discovery or bring a motion to compel is extended to February 16, 2026. The deadline to file all pre-trial motions, including dispositive motions, is extended to May 11, 2026.

Dated: December 18, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE