UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFREDO GOMEZ,

      Plaintiff,

      v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

      Defendants.

No.  2:20-cv-0198 TLN AC P

ORDER

Plaintiff's motion for extension of time to file an opposition to defendant Macomber's motion to for summary judgment seeks to extend the deadline from June 1, 2026, to June 19, 2026.  ECF No. 52.  Petitioner claims he needs an extension because there was an eight-day delay in receiving the motion and because he needs additional time to conduct adequate legal research.  Id.  Good cause appearing, IT IS HEREBY ORDERED that:

      1.  Plaintiff's motion for an extension of time (ECF No. 52) is granted; and

      2.  Plaintiff is granted until June 19, 2026, to file an opposition to defendant Macomber's motion for summary judgment (ECF No. 51).

DATED: May 28, 2026

_allison Clare_

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE