UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFREDO GOMEZ,

        Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

        Defendants.

No.  2:20-cv-0198 TLN AC P

ORDER

Plaintiff has filed his second request for an extension of time to file an opposition to defendant Macomber's motion for summary judgment.  ECF No. 54.  Good cause appearing, the request will be granted.  No further extensions of time will be granted absent exceptional circumstances.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 54) is granted; and

2. Plaintiff is granted until July 20, 2026, to file an opposition to defendant Macomber's motion for summary judgment (ECF No. 51).

DATED: June 17, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE